Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiffs
RENEE COMET and PREPARED FOOD PHOTOS, INC. fka ADLIFE MARKETING & COMMUNICATIONS CO., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RENEE COMET and PREPARED FOOD PHOTOS, INC. fka ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiffs, <br><br> v. <br><br> VALUSOFT FINANCE, LLC dba MASTERCOOK and COSMI FINANCE LLC, <br><br> Defendants. | Case No.: 2:22-cv-00971 <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)** <br><br> **Demand for Jury Trial** |

Plaintiffs RENEE COMET and PREPARED FOOD PHOTOS, INC. gka ADLIFE MARKETING & COMMUNICATIONS CO., INC. by and through their undersigned counsel, bring this Complaint against Defendants VALUSOFT FINANCE, LLC dba MASTERCOOK and COSMI FINANCE LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.  Plaintiffs RENEE COMET ("Comet") and PREPARED FOOD PHOTOS, INC. fka ADLIFE MARKETING & COMMUNICATIONS CO., INC. ("PFPI")(Comet and PFPI are collectively referred to herein as "Plaintiffs") bring this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Plaintiffs' original copyrighted works of authorship.

2.  Renée Comet is a nationally recognized, commercial photographer specializing in food and still life photography for advertising, packaging, digital content, cookbooks and recipe videos. She shoots food, products and lifestyle subjects with a distinctly clean, elegant style. Exquisite lighting technique, minimalist propping and refreshingly uncomplicated backgrounds combine to create simple, sophisticated images that display and enhance her subjects' natural beauty.

Adlife is a retail food advertising company servicing retailers and wholesalers throughout the United States for almost 40 years. Adlife specializes in custom photography, full service design and production, web and print management, mobile technology, and proprietary digital advertising platforms.

Defendant VALUSOFT FINANCE, LLC DBA MASTERCOOK ("ValuSoft") is upon information and belief, the owner and operator of the internet website located at the URL https://www.mastercook.com/ (the "Website"). The MasterCook website is a recipe and cookbook management system for the public. Members of the public can create free accounts to organize their recipes, create menu and meal plans,

calculate costs and find nutritional data, and have the option to upgrade to a year subscription for a cost of $100 - $175 for an individual or $170 - $250 for a business.

Defendant COSMI FINANCE LLC ("Cosmi") is the parent company of ValuSoft.

Defendants, ValuSoft and Cosmi are collectively referred to herein as "Defendants."

Plaintiffs allege that Defendants copied Plaintiffs' copyrighted Works from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in California.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12. ValuSoft Finance, LLC dba MasterCook is a California limited liability company, with its principal place of business at 1613 Chelsea Road, Suite 260, San Marino, California, 91108, and can be served by serving its Registered Agent, Mr. Edward Oliver Lanchantin, 424 South San Rafael Avenue, Pasadena, California, 91105.

Cosmi Finance LLC is a California limited liability company, with its principal place of business at 1613 Chelsea Road, Unit 260, San Marino, California, 91108, and can be served by serving its Registered Agent, Mr. Edward Oliver Lanchantin, 424 South San Rafael Avenue, Pasadena, California, 91105.

## THE COPYRIGHTED WORKS AT ISSUE

The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, one of which is shown below, and which are referred to herein as the "Works." Copies of the Works are attached hereto as Exhibit 1. Copies of the Registration Certificates are attached hereto as Exhibit 2.

| Copyright Title | Registration Number | Registration Issue Date |
|---|---|---|
| 20111011_USAWKend 123-LAY-FINAL | VAu 1-083-773 | 11/10/2011 |
| 20150122_PostPlate104_Lay_Final-2 | VAu 1-207-182 | 4/2/2015 |
| 20120521_Ogilvy123_LAY-FINAL | VAu 1-107-765 | 7/9/2012 |
| 20120521_USAWkend08 | VAu 1-107-765 | 7/9/2012 |
| SoupBlackBean002 | VA 2-014-921 | 8/26/2016 |
| ChickenWingBuffalo0006 | VA 2-019-412 | 9/19/2016 |
| BreadCorn002_ADL | VA 2-014-127 | 8/16/2016 |



At all relevant times Plaintiffs were the owners of the copyrighted Works at issue in this case.

**INFRINGEMENT BY DEFENDANTS**

16. Defendants have never been licensed to use the Works at issue in this action for any purpose.

17. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied the Works.

18. On or about August 19, 2020, Comet discovered the unauthorized use of their Works on the Website in the recipes entitled "Elizabeth Karmel's Sweet Potato Bourbon Mash |USA WEEKEND| usaweekend.com," "Baked Potato Soup | USA WEEKEND|," "Bastille Savory Beignets – The Washington Post," and "Summer Breeze Smoothie Recipe, Eat Right, NHLBI, NIH".

19. On or about May 14, 2021, PFPI discovered the unauthorized use of its Works on the Website in recipes entitled "Grandma's Sweet Buttermilk Cornbread," "Black Bean Sou – Blue Zones," and "MyFridgeFood – Fried Pickles".

20. Defendants copied Plaintiffs' copyrighted Works without Plaintiffs' permission.

21. After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their recipe source and cooking web business.

22. Defendants copied and distributed Plaintiffs' copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

23. Plaintiffs' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

24. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

25. Plaintiffs never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

26. Comet notified Defendants of the allegations set forth herein on September 15, 2020 and October 20, 2020.

27. PFPI notified Defendants of the allegations set forth herein on August 18, 2021.

28. To date, Defendants have failed to respond to Plaintiffs' Notices.

## COUNT I
## COPYRIGHT INFRINGEMENT

29. Plaintiffs incorporate the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

30. Plaintiffs own valid copyrights in the Works at issue in this case.

31. Plaintiffs registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32. Defendants copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Plaintiffs' authorization in violation of 17 U.S.C. § 501.

33. Defendants performed the acts alleged in the course and scope of its business activities.

34. Defendants' acts were willful.

35. Plaintiffs have been damaged.

36. The harm caused to Plaintiffs has been irreparable.

WHEREFORE, the Plaintiffs pray for judgment against the Defendants ValuSoft Finance, LLC dba MasterCook and Cosmi Finance LLC that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiffs their actual damages and Defendants' profits attributable to the infringement, or, at Plaintiffs' election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiffs be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiffs be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiffs be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiffs Renee Comet and Prepared Food Photos, Inc. fka Adlife Marketing & Communications Co., Inc. hereby demand a trial by jury of all issues so triable.

DATED: February 11, 2022          Respectfully submitted,

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiffs Renee Comet and Prepared Food Photos, Inc. fka Adlife Marketing & Communications Co., Inc.*